**Order entered June 3, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00822-CR

**WILLIAM TRAVIS HENDRIX, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82997-2017**

## ORDER

We **REINSTATE** this appeal.

We abated the appeal for a hearing to determine why appellant's brief had not been filed. On May 28, 2019, appellant filed his brief along with a motion to extend time to file the same. In the interest of expediting this appeal and because the trial court has not notified us of a hearing date, we **VACATE** our April 11, 2019 order to the extent it ordered a hearing and required findings. We **GRANT** appellant's motion and **ORDER** his brief filed as of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Ray Wheless, Presiding Judge, 366th Judicial District Court; Kristin Brown; and to the Collin County District Attorney.

The State's brief is **DUE** thirty days from the date of this order.

/s/     CORY L. CARLYLE
         JUSTICE